# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Vivian Inman ,** ) | |
|        Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:13-CV-00866  RWS |
| ) | |
| **Northland Insurance Company,** ) | |
| ) | |
| ) | |
|        Defendant. ) | |

## ORDER

The above-styled case was filed in the Eastern Division of this court on May 7, 2013, and assigned to the Honorable Rodney W. Sippel.  Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:13cv00073 LMB.  The Honorable Magistrate Judge Lewis M. Blanton will preside.

Case No. 4:13-CV-00866 RWS is hereby administratively closed.

Dated this 7th day of May, 2013.

                                                  JAMES G. WOODWARD
                                                  Clerk of Court

                                            By:   /s/ Michele Crayton
                                                Deputy In Charge

Please refer to Case No. **1:13-CV-00073 LMB** in all future matters concerning this case.